LEWIS A. KAPLAN
DISTRICT JUDGE

September 11, 2008

Committee on Financial Disclosure
Administrative Office of United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

Ladies and Gentlemen:

This letter responds to the questions contained in the letter of Judge Ortrie D. Smith, dated September 2, 2008, that require a response.

1.  The nature of the expenses are as follows:

    line 1 - Transportation, food and lodging
    line 2 - Transportation
    line 3 - Transportation, food and lodging
    line 4 - Transportation

2.  Part VII, line 69, for Pimco Comm Real Return Cl A is amended to reflect (a) a partial sale on May 17, 2007, value code L, gain code A, and (b) a sale on June 22, 2007, value code J, gain code A.

3.  The Schwab account was closed on September 27, 2006 when Schwab remitted to ███████ a check for the eighteen cents that stood to her credit at that date. Part VII, line 72, of my 2006 report therefore is amended by deleting the value and value method codes in Column C, leaving those entries blank, and changing Column D as follows:

    (1)  Closed
    (2)  9/27/06
    (3)  J
    (4)  A

The account listed in the 2006 report in Part VII, line 72, was included in Part VII, line 31, in the 2007 report.



| 1. Person Reporting (last name, first, middle initial)<br><br>Kaplan, Lewis A | 2. Court or Organization<br><br>U.S. District Court, S.D.N.Y. | 3. Date of Report<br><br>07/31/2008 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>United States District Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2007<br>to<br>12/31/2007 |
| 7. Chambers or Office Address<br><br>U.S. Courthouse<br>500 Pearl Street<br>New York, NY 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Partner | Handy Place Investment Partnership |
| 2.   Trustee | Trust u/w/o ▮▮▮▮▮▮▮ |
| 3. | |
| 4. | |
| 5. | |

RECEIVED 2008 AUG -6 A 11: 05 FINANCIAL DISCLOSURE OFFICE

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 9-13-07 | Marsh McLennan class action settlement payment | $ 10.06 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. Various | Pension and retirement plan pmts -pension plans for benefit of retirees of Random House, Inc. |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association, Section of Antitrust Law | 4/18-20/2007 | Washington, D.C. | Meeting | $1020 |
| 2. | Georgetown Law Center/Nat'l Ass'n of Criminal Defense Lawyers | 9/27/07 | Washington, D.C. | Meeting | $448.00 |
| 3. | American Bar Association, Section of Antitrust Law | 8/13-16-2007 | Whistler, B.C. | Meeting | $3394 |
| 4. | University of Rochester | 5/19-20/2007 | Rochester, N.Y. | Commencement | $234 |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☐ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Virginia Richard | Wine, plants, salad items, kite | $250-350 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Citibank accounts | A | Interest | J | T | | | | | |
| 2. Kinderhook CSD 6 07 ● | B | Interest | | | Sell | 12-17 | K | A | |
| 3. NYS Pwr A Ser D 5.875 10 ● | A | Interest | J | T | None | | | | |
| 4. NYS Pwr A Ser GP 5.5 10 ● | B | Interest | J | T | None | | | | |
| 5. NYS Pwr A Ser F 5.5 10 | A | Interest | J | T | Pt Redempt | 1-2 | J | A | |
| 6. Mun Inv Trust Ser A NY | A | Interest | J | T | Pt Redempt | 3-26 | J | A | |
| 7. | | | | | Pt Redempt | 11-26 | J | A | |
| 8. | | | | | Pt Redempt | 12-31 | J | A | |
| 9. PW 1986 EES lim ptn | | None | J | W | None | | | | |
| 10. Handy Place Invest Part | | None | J | W | None | | | | |
| 11. Westchester Co 5.6 07 ● | B | Interest | | | Redemption | 7-2 | K | A | |
| 12. Clarkstown 5.6 08 | D | Interest | M | T | None | | | | |
| 13. NYC Mun Wtr 5.375 07 ● | A | Interest | . | | Redemption | 6-15 | K | A | |
| 14. NYS MCFFA 5.125 12 | B | Interest | | | Redemption | 11-1 | J | A | |
| 15. NYS Dorm 5.125 08 | D | Interest | M | T | None | | | | |
| 16. NYS Dorm 5.25 13 | C | Interest | L | T | None | | | | |
| 17. Triboro BTA 4.5 13 ● | B | Interest | K | T | None | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18.   Puerto Rico MFA 5.5 09 ● | B | Interest | K | T | None | | | | |
| 19.   NYS Dorm 5.125 11 ● | C | Interest | L | T | None | | | | |
| 20.   Triboro BTA 4.75 16 | A | Interest | K | T | None | | | | |
| 21.   NYC Mun Wtr 4.9 13 | B | Interest | L | T | None | | | | |
| 22.   Commack UFSD 4.375 13 | D | Interest | M | T | None | | | | |
| 23.   NYS Twy 5.125 13 | C | Interest | M | T | None | | | | |
| 24.   So Glens Falls CSD 5.25 14 | C | Interest | L | T | None | | | | |
| 25.   NY Tran at MTA 5.2 10 | D | Interest | M | T | None | | | | |
| 26.   NYS Env Fac 5.125 11 | C | Interest | L | T | None | | | | |
| 27.   NYS Dorm 5.125 11 | C | Interest | L | T | None | | | | |
| 28.   NYS Dorm 5.1 12 ● | B | Interest | K | T | None | | | | |
| 29.   NYS Env Fac 4.55 13 | B | Interest | L | T | None | | | | |
| 30.   NYS Env Fac 4.95 17 | C | Interest | L | T | None | | | | |
| 31.   ML Bk/B&T RASP | B | Interest | K | T | | | | | |
| 32.   NYC Trans 5.0 19 | C | Interest | M | T | None | | | | |
| 33.   Greece CSD 4.5 17 | C | Interest | M | T | None | | | | |
| 34.   NYS Env Fac 4.2 12 | B | Interest | | | Sell | 5-8 | M | B | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. MTA 4.0 12 | C | Interest | | | Sell | 5-4 | M | B | |
| 36. MTA 4.0 13 | B | Interest | | | Sell | 5-4 | M | B | |
| 37. NYC 4.375 11 ● | C | Interest | M | T | None | | | | |
| 38. FNMA 5.0 12 | D | Interest | M | T | None | | | | |
| 39. Triboro BTA 3.75 13 | B | Interest | | | Sell | 5-4 | L | A | |
| 40. William Floyd UFSD 4.125 15 | B | Interest | | | Sell | 5-4 | M | B | |
| 41. MTA 5.0 23 | C | Interest | M | T | None | | | | |
| 42. GECC 4.75 13 | D | Interest | M | T | None | | | | |
| 43. Nat City Bk fka Provident Bank 5.0 15 | C | Interest | L | T | None | | | | |
| 44. FHLMC multi % 18 | D | Interest | M | T | None | | | | |
| 45. Hudson United Bk 5.05 13 | C | Interest | K | T | None | | | | |
| 46. NYC Ser J 4.625 18 | C | Interest | M | T | None | | | | |
| 47. NYS Dorm 5.0 19 (mult. issues) | D | Interest | M | T | None | | | | |
| 48. MTA 4.75 26 | D | Interest | N | T | None | | | | |
| 49. Long Island Pwr 4.75 24 | C | Interest | M | T | None | | | | |
| 50. NYS Dorm 4.75 25 | C | Interest | M | T | None | | | | |
| 51. Western Bank Puerto Rico | A | Interest | K | T | None | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 52. Bank Amer 4.65 12 | B | Interest | K | T | None | | | | |
| 53. Capitol One Bk 4.75 10 | C | Interest | L | T | None | | | | |
| 54. Port Auth NY&NJ 4.2 19 ● | C | Interest | M | T | None | | | | |
| 55. NYS Dorm 4.625 18 ● | C | Interest | M | T | None | | | | |
| 56. JP Morgan Chase accts ● | A | Interest | K | T | | | | | |
| 57. NY Life whole life policies | B | Dividend | L | T | None | | | | |
| 58. ML CMA NY Mun Money | A | Interest | K | T | | | | | |
| 59. MTA Adj% 26 | C | Interest | L | T | None | | | | |
| 60. ML CMA NY Mun Money ● | A | Interest | K | T | | | | | |
| 61. MTA Adj% 26 ● | B | Interest | K | T | None | | | | |
| 62. Ulster Co 4.25 21 | C | Interest | L | T | None | | | | |
| 63. NYS Dorm 4.0 19 ● | B | Interest | L | T | None | | | | |
| 64. Banco Bilbao 4.46 12 | C | Interest | L | T | None | | | | |
| 65. First Eagle Global Cl C | E | Distribution | N | T | | | | | |
| 66. Davis NY Venture Cl Y | C | Distribution | N | T | | | | | |
| 67. Blackrock Large Cap Value f/k/a ML Large Cap Value Cl I | D | Distribution | M | T | | | | | |
| 68. Everegreen Sp Values Cl A | D | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Pimco Comm Real Return Cl A | A | Distribution | | | | | | | |
| 70. Pioneer Oak Ridge Small Cap Cl A | C | Distribution | L | T | | | | | |
| 71. Goldman Sachs Mid Cap Cl A | D | Distribution | M | T | | | | | |
| 72. Amer Inc Fund of Am Cl A | E | Distribution | O | T | | | | | |
| 73. ML CMA NY Mun Money ● | A | Dividend | K | T | | | | | |
| 74. ML Bank RASP ● | A | Interest | K | T | | | | | |
| 75. New York NY Ser N 4.05 17 ● | C | Interest | M | T | None | | | | |
| 76. Minisink CSD 4.0 12 ● | C | Interest | L | T | None | | | | |
| 77. Wayne CSD 4.0 20 ● | C | Interest | L | T | None | | | | |
| 78. Brookhaven CSD ● | C | Int./Div. | L | T | None | | | | |
| 79. Amer Inc Fd of Amer Cl A ● | D | Distribution | L | T | | | | | |
| 80. Davis NY Venture Cl Y ● | A | Distribution | L | T | | | | | |
| 81. Goldman Sachs Mid Cap Cl A ● | C | Distribution | K | T | | | | | |
| 82. Pimco Comm Real Return Cl A ● | A | Distribution | J | T | | | | | |
| 83. Penn Mut Fd f/k/a Royce ● | B | Distribution | K | T | | | | | |
| 84. DWS Dreman f/k/a Scudder High Return ● | D | Distribution | L | T | | | | | |
| 85. Oakmark Select ● | C | Distribution | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,000 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Community B&T 4.4 08 | B | Interest | K | T | None | | | | |
| 87. FNMA multi% 09 | B | Interest | K | T | None | | | | |
| 88. FNMA multi% 15 | B | Interest | K | T | None | | | | |
| 89. HSBC Fin Corp 4.65 10 | B | Interest | K | T | None | | | | |
| 90. Principal Life Inc. 5.0 12 | B | Interest | K | T | None | | | | |
| 91. GECC 5.0 16 | B | Interest | K | T | None | | | | |
| 92. NYS Dorm 4.0 19 | C | Interest | L | T | None | | | | |
| 93. National Union Bank of [locality] | A | Int./Div. | J | T | | | | | |
| 94. Countrywide Bank 4.4 07 | A | Interest | | | Redemption | 1-12 | K | A | |
| 95. Southside Bank 5.35 11 | B | Interest | K | T | | | | | |
| 96. Lehman Bros Bank 6.0 16 | D | Distribution | | | Redemption | 5-31 | M | A | |
| 97. Ivy Asset Strat Cl A | B | Distribution | L | T | | | | | |
| 98. New York NY IDA 4.0 17 | B | Interest | L | T | | | | | |
| 99. Clarkstown 4.25 20 | A | Interest | K | T | Buy | 7-26 | K | | |
| 100. MBank 5.00 10 | B | Interest | K | T | Buy | 1-4 | K | | |
| 10 1. Geauga Sav Bk 5.2 10 | D | Interest | K | T | Buy | 5-18 | K | | |
| 102. McFarland St Bk 5.35 12 | C | Interest | M | T | Buy | 7-20 | M | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Henderson Eur Focus | D | Distribution | L | T | Buy | 4-27 | K | | |
| 104. Henderson Eur Focus ● | B | Distribution | K | T | Buy | 2-26 | K | | |
| 105. First Bank PR 5.34 10 ● | B | Interest | | | Buy | 2-21 | K | | |
| 106. | | | | | Redemption | 11-21 | K | A | |
| 107. Am Inc Fund of Am Cl F ● | C | Distribution | K | T | Buy | 2-27 | K | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C=$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

1. ● designates assets held as trustee u/w/o ████████

2. Part VII, line 93
   - name of locality omitted for security reasons

3. Income for 1986 EES and Handy Place partnerships equals distributions

4. Part V - value is an estimate

| Name of Person Reporting | Date of Report |
|---|---|
| Kaplan, Lewis A | 07/31/2008 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____

**NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)**

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544